# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

United States of America,

        Plaintiff,

  v.

Buckingham Coal Company, et al.,

        Defendants.

Case No. 2:11-cv-383

Judge Graham

Magistrate Judge Kemp

## OPINION AND ORDER

This matter is before the Court on a joint motion to vacate trial date and pretrial scheduling order.  Doc. 70.  The Court will explore alternatives to the present final pretrial conference and trial dates and is inclined to reschedule the final pretrial conference in July or August, and reset the case for trail in August or September.  The parties are ORDERED to attend, by telephone, a scheduling conference on this Friday, May 31, 2013, at 10:00 am.  The parties are instructed to call 614-719-3215 and enter conference code 123456.

    IT IS SO ORDERED.


                                          S/ James L  Graham
                                          James L. Graham
                                          UNITED STATES DISTRICT JUDGE

Date: May 28, 2013