# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

The United States of America

    Plaintiff,

  v.

The State of Ohio and
Buckingham Coal Company,

    Defendants.

Case No. 2:11-cv-383

Judge Graham

## Order

On September 4, 2020, the magistrate judge issued a Report and Recommendation recommending that default judgment be entered against defendant Buckingham Coal Company for failure to secure legal counsel. No objections have been filed, and the court hereby adopts the Report and Recommendation.

Accordingly, default judgment will be entered against defendant Buckingham Coal Company. Plaintiff shall file a statement regarding how it believes the court should proceed in making a determination of damages against Buckingham. Such statement shall be filed on or before March 31, 2021, when the remaining parties' joint status report is due.

                              s/ James L. Graham
                              JAMES L. GRAHAM
                              United States District Judge

DATE: December 21, 2020